IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALEXIS ROGERS										PLAINTIFF
*on behalf of* KCF

v.					4:25-cv-00663-JM-JJV

FRANK BISGNANO,
Commissioner,
Social Security Administration,							DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of February, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE